***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1).***

Submitted May 9, affirmed June 7, 2023

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

TAMI JEAN VANMEER,
*Defendant-Appellant.*

Lane County Circuit Court
20CR03424; A176822

Charles M. Zennaché, Judge.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Zachary Lovett Mazer, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Rolf C. Moan, Assistant Attorney General, filed the brief for respondent.

Before Tookey, Presiding Judge, and Egan, Judge, and Kamins, Judge.

PER CURIAM

Affirmed. *State v. Colgrove*, 370 Or 474, 521 P3d 456 (2022).